### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**BENJAMIN L. EAGLE**                                                                                       **PLAINTIFF**

**v.**                      **CASE NO. 4:09cv0320 BSM**

**JUDY S. HENRY, et al.**                                                                 **DEFENDANTS**

### ORDER

Defendants Bank of America, N.A.; Nancy Hollis; Judy S. Henry; Kimberly W. Tucker; Wright, Lindsey & Jennings, LLP; Judge Willard Proctor, Jr.; and U.S. Bankruptcy Judge James G. Mixon filed separate motions to hold the Rule 26(f) conference in abeyance, and to conduct the Rule 26(f) conference before a magistrate judge. (Doc. Nos. 42, 43, and 44). The motions are granted.

All defendants have filed motions to dismiss. Following entry of an order on each of the motions, the parties have thirty (30) days to conduct the Rule 26(f) conference and to file the report.

Additionally, the Rule 26(f) conference will be conducted under court supervision. The Rule 26(f) conference will be referred to a magistrate judge.

Accordingly, the motions to hold the Rule 26(f) conference in abeyance, and to conduct the Rule 26(f) conference before a magistrate judge are granted.

IT IS SO ORDERED this 13th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE