UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BENJAMIN L. EAGLE**                                                                                             **PLAINTIFF**

**v.**                            **CASE NO. 4:09cv0320 BSM**

**JUDY S. HENRY, et al.**                                                               **DEFENDANTS**

## ORDER

Before the court is a motion for protective order filed by defendant Judge Willard Proctor [Doc. No. 53], a motion to quash and for a protective order filed by defendants Bank of America, N.A., Nancy L. Hollis, Judy S. Henry, Kimberly W. Tucker, and Wright, Lindsey & Jennings, LLP [Doc. No. 55], and an unopposed motion for protective order filed by defendants Pat O'Brien and Steve Sipes [Doc. No. 60]. The motions are granted.

All defendants have filed motions to dismiss. On October 13, 2009, this court entered an order granting multiple motions to hold the Rule 26(f) conference in abeyance, and to conduct the Rule 26(f) conference before a magistrate judge. [Doc. No. 62]. In accordance with that order, this court also grants the defendants' motions for protective orders and to quash discovery. Following entry of an order on each of the motions to dismiss, the parties have thirty (30) days to respond to plaintiff's discovery requests.

IT IS SO ORDERED this 14th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE